UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STERLING INSURANCE COMPANY, a/s/o
WILLIAM ROMEO,

                Plaintiff,

   -against-

BROAN-NUTONE, LLC,

                Defendant.

**ORDER**

21 Civ. 3316 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for July 22, 2021 at 9:30 a.m. is adjourned sine die.

Dated:  New York, New York
         July 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge